UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SAMANTHA JO FRANCIS,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. d/b/a THE WESTIN CHARLOTTE, STARWOOD-CHARLOTTE MANAGEMENT, LLC, MARRIOTT HOTEL SERVICES, INC., and WESTIN CHARLOTTE PAYROLL COMPANY,<br><br>Defendants. | C/A NO. 3:19-cv-00120<br><br>**NOTICE OF REMOVAL** |

**Exhibit B**
**Notice of Filing of Notice of Removal**

| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>MECKLENBURG COUNTY<br><br>SAMANTHA JO FRANCIS,<br><br>                Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. d/b/a THE WESTIN CHARLOTTE, STARWOOD-CHARLOTTE MANAGEMENT, LLC, MARRIOTT HOTEL SERVICES, INC., and WESTIN CHARLOTTE PAYROLL COMPANY,<br><br>                Defendants. | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>FILE NO. 19 CVS 1027<br><br><br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, and North Carolina Rule of Civil Procedure 12(a)(2), Defendants Marriott International, Inc. d/b/a The Westin Charlotte, Starwood-Charlotte Management, LLC, and Marriott Hotel Services, Inc. ("Defendants"), through undersigned counsel, filed a Notice of Removal, a copy of which is attached hereto as Exhibit 1, in the United States District Court for the Western District of North Carolina.[1] Pursuant to 28 U.S.C. § 1446(d) and North Carolina Rule of Civil Procedure 12(a)(2), the filing of the Notice of Removal in the federal court, together with the filing of a copy of the notice with this Court, effects the removal of this action, and this Court may proceed no further unless and until the case is remanded.

---

[1] Defendants note that Westin Charlotte Payroll Company was dissolved in 1999 and no longer exists. Further, Defendants are not aware of service of process being received by any Marriott International, Inc. related entity on behalf of Westin Charlotte Payroll Company.

Respectfully submitted this 8th day of March, 2019.

_____
Julie K. Adams, NC Bar No. 32773
jadams@fordharrison.com
FORD & HARRISON LLP
6000 Fairview Road, Suite 1200
Charlotte, NC 28202
Telephone: 980-282-1900
Facsimile: 980-282-1947
Attorney for Defendants

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, a copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** has been served upon the following person(s) via US Mail to:

Kevin Murphy
kevin@herrmannmurphy.com
Sean Herrmann
sean@herrmannmurphy.com
Herrmann & Murphy, PLLC
1712 Euclid Avenue
Charlotte, NC 28203
704-940-6399
F: 704-940-6407

Attorneys for Plaintiff

*Julie Adams*
Julie K. Adams